JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>L J SILVER SILVER & CO., et al.,<br><br>Defendants. | Case No: 2:17-cv-5426-MWF-JPR<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Michael W. Fitzgerald* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: December 18, 2017

_____
Michael W. Fitzgerald
United Stated District Judge